**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 115777
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Anthony Mezzo, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　-against-<br><br>Americollect, Inc.,<br><br>　　　　　　Defendant. | Docket No: 3:18-cv-12559-MAS-LHG |



**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

Dated: February 12, 2019

　　　　　　　　**BARSHAY SANDERS, PLLC**

　　　　　　　　By: __/s Craig B. Sanders__
　　　　　　　　Craig B. Sanders
　　　　　　　　100 Garden City Plaza, Suite 500
　　　　　　　　Garden City, New York 11530
　　　　　　　　Tel. (516) 203-7600
　　　　　　　　Email: *ConsumerRights@BarshaySanders.com*
　　　　　　　　Our File No: 115777
　　　　　　　　*Attorneys for Plaintiff*

So Ordered this 14th day of February, 2019

/s/ M. Shipp
Hon. Michael Shipp, USDJ